IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW1:04CR77 |
| ) | (Financial Litigation Unit) |
| DANNY LEE WIKE, JR. ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| MADISON CONSTRUCTION GROUP INC., ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Order of Continuing Garnishment filed in this case against Defendant Danny Lee Wike, Jr. is DISMISSED.

_____
Dennis L. Howell
United States Magistrate Judge